UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR06-0066-TSZ-JPD |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| IRHONDA LAKISHA PAYNE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Count 1:  Bank Fraud in violation of 18 U.S.C. § 1344 and § 2.

<u>Date of Detention Hearing</u>:  February 28, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  Defendant is serving a sentence from a prior offense.  It is alleged in two Petitions for Warrant dated December 9, 2005, and January 10, 2005, that defendant has violated the provisions of her supervised release on this prior offense.

(2)  Defendant since has been charged with Bank Fraud in an information filed on February 23, 2006.

DETENTION ORDER  
18 U.S.C. § 3142(i)  
PAGE 1

15.13  
Rev. 1/91

(3) Defendant has stipulated to detention.

(4) There are no conditions or combination of conditions other than detention that will ensure the economic safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of March, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge